■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ABRAHAM BURGOS, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Queens County (Tsoucalas, J.), rendered December 9, 1981, convicting him of robbery in the first degree (two counts), criminal possession of a weapon in the third degree and unlawful imprisonment in the first degree, upon a jury verdict, and imposing sentence. ¶ Judgment affirmed. ¶ Defendant's challenge to the authority of Judge Tsoucalas, a Judge of the New York City Criminal Court, temporarily assigned to the Supreme Court, to preside over a felony trial is without merit. Section 26 of article VI of the New York State Constitution provides in subdivision g for the temporary assignment of New York City Criminal Court Judges to the Supreme Court, and further provides in subdivision k that, while temporarily assigned, such Judges shall have "the powers, duties and jurisdiction" of a Supreme Court Justice. Moreover, the mere fact that the assignment has continued for an extended, indeterminate period does not serve to divest it of its temporary nature (see *Matter of Taylor v Sise,* 33 NY2d 357). ¶ Further, under all of the circumstances, the sentence imposed was not an abuse of discretion. Bracken, J. P., Weinstein, Brown and Niehoff, JJ., concur.